IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER RAPTIS,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>DPS LAND SERVICES, LLC,<br><br>　　　　　　　　　Defendant. | Case No.: 2:19-cv-01262 |

**STIPULATED DISMISSAL WITH PREJUDICE IN FAVOR OF ARBITRATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Peter Raptis, individually and on behalf of all others similarly situated, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant DPS Land Services, LLC, with each party to pay his/its own fees and costs. The Parties have entered into an agreement to arbitrate the claims herein and therefore stipulate to the dismissal of this matter with prejudice in favor of arbitration.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　*/s/ William R. Liles*
　　　　　　　　　　　　　　　　　　　Michael A. Josephsen
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24014780
　　　　　　　　　　　　　　　　　　　Andrew W. Dunlap
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24078444
　　　　　　　　　　　　　　　　　　　William R. Liles
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24083395
　　　　　　　　　　　　　　　　　　　Josephson Dunlap
　　　　　　　　　　　　　　　　　　　11 Greenway Plaza, Suite 3050

1

        Houston, Texas 77046
        Telephone: (713) 352-1100
        Facsimile: (713) 352-3300
        mjosephson@mybackwages.com
        adunlap@mybackwages.com

        Richard J. (Rex) Burch
        Texas Bar No. 24001807
        Bruckner Burch, PLLC
        8 Greenway Plaza, Suite 1500
        Houston, Texas 77046
        Telephone: (713) 877-8788
        Facsimile: (713) 877-8065
        rburch@brucknerburch.com

        Joshua P. Geist
        PA I.D. No. 85745
        Goodrich & Geist, P.C.
        3634 California Ave.
        Pittsburgh, PA 15212
        Telephone: (412) 766-1455
        Facsimile: (412) 766-0300
        josh@goodrichandgeist.com

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

On May 10, 2021, I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

        */s/ William R. Liles*
        **William R. Liles**

2