IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER RAPTIS,<br><br>                           Plaintiff,<br>v.<br><br>DPS LAND SERVICES, LLC,<br><br>                           Defendant. | Case No.: 2:19-cv-01262 |

**STIPULATED DISMISSAL WITH PREJUDICE IN FAVOR OF ARBITRATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Peter Raptis, individually and on behalf of all others similarly situated, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant DPS Land Services, LLC, with each party to pay his/its own fees and costs. The Parties have entered into an agreement to arbitrate the claims herein and therefore stipulate to the dismissal of this matter with prejudice in favor of arbitration.

Respectfully submitted,

By: */s/ William R. Liles*  
    Michael A. Josephsen  
    Texas Bar No. 24014780  
    Andrew W. Dunlap  
    Texas Bar No. 24078444  
    William R. Liles  
    Texas Bar No. 24083395  
    Josephson Dunlap  
    11 Greenway Plaza, Suite 3050

By: */s/ Richard L. Etter*  
    Richard L. Etter  
    PA I.D. No. 92835  
    500 Grant Street, Suite 2500  
    Pittsburgh, PA 15219  
    Telephone: (412) 394-5529  
    Fax: (412) 391-6984  
    retter@foxrothschild.com

    ATTORNEY FOR DEFENDANT

Houston, Texas 77046
Telephone: (713) 352-1100
Facsimile: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com


Richard J. (Rex) Burch
Texas Bar No. 24001807
Bruckner Burch, PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
rburch@brucknerburch.com

Joshua P. Geist
PA I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Telephone: (412) 766-1455
Facsimile: (412) 766-0300
josh@goodrichandgeist.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

On May 14, 2021, I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ William R. Liles*
**William R. Liles**